UNITED STATES DISTRICT COURT

For the

District Of Massachusetts

Civil Division

Berkshire, ss.

| | |
|---|---|
| Richard F. Sifton ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| V. ) | |
| City of North Adams, ) | Trial by Jury Requested |
| Officer Kevin Fitzpatrick, ) | |
| Officer Trevor Manning, ) | |
| Officer Ivan Cardeno, ) | |
| *Defendants* | |

# Complaint

I. **The Parties to This Complaint**

A. **The Plaintiff**

1. Richard F. Sifton, I.D. # 3140

   Berkshire County Jail and House of Correction

   467 Cheshire Road

   Pittsfield, Mass. 01201

B. **The Defendants**

1. North Adams, City of

   City Clerk

   10 Main Street #109

       North Adams, Berkshire County

       Massachusetts, 01247

2.    Kevin Fitzpatrick

       North Adams Police Officer

       N.A.P.D., 11 Summer Street

       North Adams, Berkshire County

       Massachusetts, 01247

3.    Trevor Manning

       North Adams Police Officer

       N.A.P.D., 11 Summer Street

       North Adams, Berkshire County

       Massachusetts, 01247

4.    Ivan Cardeno

       North Adams Police Officer

       N.A.P.D., 11 Summer Street

       North Adams, Berkshire County

       Massachusetts, 01247

## II. Basis for Jurisdiction

The above entitled claim is brought against the City of North Adams and three Police Officers publicly employed thereof. Allegations brought against these active duty police officers falls under Federal Jurisdiction under the Common Law Jurisdiction and based under 28 U.S.C. § 1331, the Plaintiffs 4th and

14th Ammendment Constitutional Rights have been violated by the Defendants and their alleged Use of Force. 42 § 1983 U.S.C.A. Mass. Torts Claim Act. (M.G.L. Ch. 258)

## III. Statement of Claim

### A. Facts

1. On October 19th, 2019 the Plaintiff was assaulted by The Defendants, Officers Kevin Fitzpatrick, Trevor Manning, and Ivan Cardeno.

2. On October 19th, 2019, all three of the above entitled Police Officers were public employees, working for the City of North Adams. All three of these Officers were on duty at the time of assault.

3. In 2007, the Plaintiff suffered a work related injury that led to 3 surgeries, 12 screws, and 2 steel plates that fuse the Plaintiffs glenohumeral joint. As a result, Plaintiffs range of motion is limited and he is permanently disabled and receiving Social Security Income.

4. The Defendants were aware of the Plaintiff's disability and knew from prior encounters that it was physically impossible to handcuff the Plaintiff behind his back. (*See Exhibit V & II ¶5*)

5. The Defendants knowingly and savagely broke Plaintiffs arm in order to cuff him behind his back. While doing so brutally struck the Plaintiff with closed fists to the head, face, and upper torso. (*See Exhibit III*)

6. The Defendants intentionally broke the Plaintiffs arm and brutally assaulted him in order to cause severe pain and suffering and in doing so caused further permanent damage to the elbow region of the Plaintiffs right arm. (*See Exhibit IV*)

7. As a direct result of the alleged attack and Excessive Use of Force, the Plaintiff suffered severe pain and was diagnosed with the following injuries:

    a) Contusions and swelling to the face and head. (*See Exhibit IV-B*)

    b) Posterior elbow dislocation of right ulnohumeral joint. (*See Exhibit IV-D*)

  c)  Fracture of the coronoid process of the ulna. (*See Exhibit IV-A*)

**8.**  The Defendants were presented with the Plaintiffs Letter of Demand via certified mail under the Massachusetts Tort Claim Act G.L. Ch. 258. (*See Exhibit I*)

**9.**  The allegations in the above titled complaint are in violation of the Plaintiffs Constitutional Rights Amendments 4 and 14.

**10.**  The Plaintiff seeks relief for monetary and punitive damages from the Defendants as a whole and in their individual capacity in the amount of $750,000.00. (Seven-hundred and fifty thousand dollars and zero cents)

## Summary of Facts

The Plaintiff brings this claim against the City of North Adams and the Officers Kevin Fitzpatrick, Trevor Manning, and Ivan Cardeno who at the time represented the City as public employees. On October 19th, 2019, the Plaintiff, Richard F. Sifton, was tracked down by the three above entitled on duty North Adams Police Officers for a crime I had committed. The Plaintiff was found in a secluded wooded area where the officers tackled him to the ground. At this point the Defendants began top brutally beat the Plaintiff with closed fists, landing punches to the Plaintiffs head, face, and upper torso. They then began to attempt in pulling my arms behind my back. In 2007, the Plaintiff suffered a work related injury, which led to 3 surgeries, 12 screws, and 2 plates my fuse my glenohumeral joint (shoulder to arm). As a result of this surgery, the Plaintiffs range of motion was permanently limited to 10-14% mobility. The Plaintiffs right rotator cuff had to be removed from his shoulder and it is fused in place by the steel plates holding his arm in place and no longer allowing his arm to move in certain directions. Movement is limited to lifting his right arm to chest level. Plaintiff is unable to move it left, right, or backwards and subsequently cannot use it to reach his body with his right hand. The plaintiff knows these estimates to be true as they are related to depositions the Plaintiff participated in during his workers compensation settlement when this injury originally took place. As a result of this injury, the Plaintiff was permanently disabled and has been collecting Social Security Income (S.S.I.) since approximately 2007. The defendants were aware of the Plaintiffs disability at the time

of his arrest and "responding officers were also familiar with Sifton based on past dealing with him on multiple occasions". (*See Exhibit II*) The Plaintiff has been arrested seven times prior to the above-entitled incident since being disabled and every time the North Adams Police were the ones arresting him. In each instance, the officers handcuffed the Plaintiff in the front because they knew that it was physically impossible to handcuff the Plaintiff behind his back and if they had tried, they literally would have had to break his arm in order to position his right arm behind his back. Furthermore, the Defendants would have had to place the arrestee in cuffs every time he was arrested. So one would assume that since the Plaintiffs first arrest out of the eight times he was arrested since his arm being fused in place, the Defendants knew what would happen if they forcefully executed cuffing the Plaintiff behind his back. For this reason, they have always cuffed the Plaintiff in the front of his body and this is known to be true because if they had not his arm would have been broken then as it was in this matter. The Defendants knew what would happen and still savagely broke the Plaintiffs arm in order to place the cuffs behind him, intentionally causing severe bodily harm to the Plaintiff. While this was happening the Plaintiff repeatedly screamed for the officers to stop and to please not break his arm. The defendants responded by yelling "shut the fuck up" and continued punching him and eventually breaking and dislocating the Plaintiffs arm. The break was loud enough that even the officers heard his arm break and even after that still placed him in cuffs behind his back and continued their assault. (*See Exhibit VI*) The Plaintiff was taken to Berkshire Medical Center in North Adams where he was treated for his injuries. There the Plaintiff was diagnosed with the following injuries:

- Contusions and bruising to the facial region. (*See Exhibits* III-B & IV-B)
- Posterior elbow dislocation of the right ulnohumeral joint. (*See Exhibit* IV-D)
- Fracture of the coronoid process of the ulna. (*See Exhibit* IV-A)

After successful interval reduction of the posterior elbow dislocation there was found to be "abnormal widening of the joint space between the humerus and ulna. (*See Exhibit IV-A*) The Plaintiffs arm was placed in a hard cast, which he wore for approximately a month or so.

These injuries described in the above-entitled complaint were a direct result of the excessive use of force and assault committed by these three officers. The Defendants intentionally broke the Plaintiffs arm and brutally

assaulted him causing severe pain and suffering. In doing so, the Defendants knowingly and deliberately violated the Plaintiffs 4th and 14th Amendments Rights. The Plaintiff seeks relief from Defendants as a whole and in their individual capacity for punitive and compensatory damages caused directly by the allegations brought against the Defendants. Furthermore, Plaintiff seeks relief from the City of North Adams in the amount of $ 300,000.00 dollars; Relief from Officer Kevin Fitzpatrick in the amount of $ 150,000.00 dollars; Relief from Officer Trevor Manning in the amount of $ 150,000.00 dollars; Relief from Officer Ivan Cardeno in the amount of $ 150,000.00 dollars; The total amount of relief being in the amount of $750,000.00 dollars.